# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 10, 2019

## NO. 03-18-00605-CV

**Texas Health and Human Services Commission, Appellant**

**v.**

**Jose "Joe" Antonio Carrizal, Jr., Appellee**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SHANNON
### REVERSED AND RENDERED -- OPINION BY JUSTICE SHANNON

This is an appeal from the interlocutory order signed by the trial court on August 28, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order and renders judgment dismissing appellee's lawsuit. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.